**Order entered March 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00221-CR
No. 05-13-00222-CR
No. 05-13-00240-CR

**VICTOR JOEL SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-41419-K, F06-45426-K, F06-45427-K**

## ORDER

The Court **GRANTS** appellant's March 12, 2014 motion to supplement the clerk's records. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, supplemental clerk's records containing the following documents: (1) the Ominbus Pretrial Motion; (2) the Request for Notice of Extraneous Offenses; and (3) the Motion Restricting Prosecutor's Nomenclature.

/s/    DAVID EVANS
        JUSTICE